IN THE MATTER OF THE ESTATE OF
FRANK G. THOMPSON, DECEASED.

HELEN LAPP THOMPSON, PLAINTIFF-PETITIONER, v.
NATIONAL NEWARK AND ESSEX BANK, AS EXECUTOR
AND TRUSTEE OF THE ESTATE OF FRANK G. THOMP-
SON, DECEASED, DEFENDANT-RESPONDENT.

See same case below: 104 *N. J. Super.* 324.

*Messrs. Mylod & Feinberg* for the petitioner.

*Mr. Samuel R. Kirschner* and *Messrs. Frohling & Gaulkin* for the respondent.

April 29, 1969. Denied.

ALFRED HAINES, PLAINTIFF-RESPONDENT, v. RICHARD
A FREY, t/a RICHARD A. FREY AGENCY, *ET AL.*, DE-
FENDANTS AND PEERLESS INSURANCE COMPANY,
DEFENDANT-PETITIONER.

RICHARD A. FREY, t/a RICHARD A. FREY AGENCY, THIRD-
PARTY PLAINTIFF-RESPONDENT, v. S. JOHN QUAT-
TRONE, t/a S. JOHN QUATTRONE ASSOCIATES, PLAIN-
TIFF-RESPONDENT.

*Messrs. Jung, Selikoff, Rathman & Dwyer* and *Mr. Harry R. Howard* for the petitioner.

*Messrs. Champi, Graham & Yurasko* and *Mr. Henry F. Gill* for the respondents.

April 29, 1969. Denied.